IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TY INC., | Civil Action No.: 99 C 5565 |
| Plaintiff, | |
| v. | Judge Zagel |
| PUBLICATIONS INTERNATIONAL, LTD. | Magistrate Judge Ashman |
| Defendant. | |

FILED
AUG - 9 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF FILING

TO:

E. Leonard Rubin, Esq.
Sachnoff & Weaver, Ltd.
30 S. Wacker Drive, 29th Floor
Chicago, IL 60606

William F. Patry
Thelen, Reid & Priest
875 Third Avenue
New York, N.Y. 10022

**PLEASE TAKE NOTICE** that we filed with the Clerk of Court for the Northern District of Illinois, United States District Courthouse, 219 South Dearborn, Chicago, Illinois, on this the 9th day of August, 2005, a STIPULATION OF DISMISSAL, a copy of which is served upon you herewith.

Dated: August 9, 2005

James P. White, Esq.
Laurie A Haynie, Esq.
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, Illinois 60606
(312) 655-1500

Counsel for Plaintiff
Ty Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing NOTICE OF FILING, as well as a copy of the STIPULATED DISMISSAL has been served by US MAIL and facsimile on August 9, 2005 on the following:

E. Leonard Rubin, Esq.
Sachnoff & Weaver, Ltd.
30 S. Wacker Drive, 29th Floor
Chicago, IL 60606
Facsimile: (312) 207-6400

William F. Patry
Thelen, Reid & Priest
875 Third Avenue
New York, N.Y. 10022
(212) 603-2001

_____
Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG - 9 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| TY INC., | |
| Plaintiff, | Civil Action No.: 99 C 5565 |
| v. | Judge Zagel |
| PUBLICATIONS INTERNATIONAL, LTD., | Magistrate Judge Ashman |
| Defendant. | |

## STIPULATION OF DISMISSAL

1. Plaintiff Ty Inc. and defendant Publications International, Ltd. have agreed to settle and compromise the above-captioned action presently pending. The terms of the parties' agreement are contained in a confidential Settlement Agreement. The Settlement Agreement was executed by the parties on ~~July~~ August __, 2005.

2. The parties agree to the dismissal of the Complaint with prejudice upon entry of this Order by the Court, with each party to bear its own costs and attorneys' fees.

3. The Court shall retain jurisdiction over the parties for the purpose of enforcing the terms of the Settlement Agreement.

**AGREED AS TO FORM AND SUBSTANCE:**

_____  Aug. 3, 2005
James P. White, Esq.
Laurie A Haynie, Esq.
Joseph E. Cwik, Esq.
J. Aron Carnahan, Esq.
WELSH & KATZ, LTD.
120 South Riverside Plaza, 22nd Floor
Chicago, IL 60606
(312) 655-1500

Counsel for Plaintiff Ty Inc.

_____

E. Leonard Rubin, Esq
Sachnoff & Weaver, Ltd.
30 S. Wacker Drive, 29th Floor
Chicago, IL 60606

Counsel for Defendant Publications International, Ltd.

Dated: ~~Aug.~~ 3, 2005

**IT IS SO ORDERED.**

By: _____
James B. Zagel
United States District Court Judge

2